UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JAN 19 2011
1-19-11
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Raul Chavez, R-01622

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jill M Webb

Charles Hornewer

Phillips Law Offices

11 C 0413
Judge Ronald A. Guzman
Magistrate Young B. Kim

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

## CHECK ONE ONLY:

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

\_\_\_X\_\_\_ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Jan 3, 2011   0:26 PM

I. **Plaintiff(s):**

    A. Name: Raul Chavez Jr.

    B. List all aliases: _____

    C. Prisoner identification number: R.01622

    D. Place of present confinement: Menard C.C.

    E. Address: 711 Kaskasia Menard Ill. 62259 P.O. Box 711

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Jill M. Webb

    Title: Attorney, Private

    Place of Employment: John Phillips Law Offices in Chicago Ill.

    B. Defendant: Charles Hornewer

    Title: Private Attorney

    Place of Employment: John Phillips Law Offices in Chicago Ill.

    C. Defendant: John Phillips Law Offices

    Title: Private Attorney

    Place of Employment: John Phillips Law Offices in Chicago Ill.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

### III.

A. Raul Chavez Vs. Sgt. Albreight formerly of the Cook County Jail.
B. December of 2001 I belive it was.
C. —
D. Sgt. Albreight
E. Circuit Court of Cook County Illinois
F. Can't Recall. Sorry.
G. I belive it was cruel and unusually punishment.
H. Case was dismissed.
I. I belive around 2002 or 2003

### III

A. I belive a lawyer named Kent Heller filed a lawsuit against the Illinois Department of Corrections.
B. If so, possibly in 2009.
C. —
D. If so IDOC
E. If so, Southern District
F. Not sure.
G. I belive negligence or deliberate indiffrences pertaining to medical.
H. If so, it would still be pending.
I. —

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Raul Chavez Vs. The City of Chicago Officer Edwin Hundreiser and Officer Louis Kuszynski No. 05L12321

B. Approximate date of filing lawsuit: August 23, 1995

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: City of Chicago, Officer Edwin Hundreiser and Officer Louis Kuszynski

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Circuit Court of Cook County Illinois

F. Name of judge to whom case was assigned: Judge Thomas R. Chiola

G. Basic claim made: Willful and Wanton conduct and neglegience stemming from a wrongful shooting

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Appeal is still pending

I. Approximate date of disposition: Trial verdict was rendered in favor of defendants on January, 13, 09

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May, 11, 1995 I was wrongfully shot in the back and left paralyzed by Officer Edwin Hundreiser who was drunk and off-duty. On August, 23, 1995 John Phillips Sr. of the Phillips Law Offices filed a civil lawsuit for the wrongful shooting on my behalf against Hundreiser, Officer Louis Kuszynski and the City of Chicago. In 1997 Hundreiser sustained a fatal car crash.

On January, 12, 1998 Geroldine Lambert who was Officer Kuszynski's romantic interest, the bar owner of the bar they drunk at prior to the shooting, and who was labeled a witness of the defendants gave my lawyers an audio recorded statement that clearly exposed the unjust shooting's cover-up. However, it wasn't until 2006 that my lawyers informed me of said development.

In July of 2006 Officer Kuszynski testified to nearly 150 inconsistencies at his deposition hearing. Jill Webb conducted the questioning on our behalf

Without ever informing me, my lawyers Jill Webb and Charles Hornewer of the Phillips Law Offices, according to Mara George's (Corporation Counsel) appeal brief reply dismissed our claims against Officer Kuszynski on 11/6/2009 right before the trial. For nearly 14 years my lawyers named Kuszynski a defendant. Right up until the actual civil lawsuit trial, when unbeknownst to me, they dismissed our claim against him.

My lawyers Webb and Hornewer kept me from being present the

4

Jan 3, 2011  0:26 PM

day they picked the jury on January 5, 2009. A jury that consisted of two jurors (one of whom went on to become the foreman) who kept giving me mean looks, and nodded "no" with their heads throughout the trial prior to the verdict.

My lawyers called Officer Hundreiser to the witness stand on 1-7-09. Hornewer did the examination. He allowed Kuszynski to commit mass-perjury. 80 inconsistencies did Kuszynski testify to at the civil trial. He contradicted his entire statement given the night of the shooting, his statement given to OPS, his testimony given at the criminal trial on 11/6/97 for the gun that was planted and that I was found NOT guilty of by Judge Marcus Salone. He also contradicted his deposition testimony. There's NO question Kuczynski who falsly claimed to have witnessed this incident committed mass-perjury. And though my lawyers had 14 YEARS to go over Kuszynski's statements and testimony in this matter in preparation of the civil trial, and though THEY called him to testify, they refused to impeach him. Instead, while Hornewer was giving our closing arguments/statements and a minute prior to handing the case over to my jury for deliberations, Hornewer walked towards Kuczynski, our one time named defendant and adversary witness who sat on the front row of the courtroom next to the jury, and told my jury "Detective Kuszynski has been sitting here all along. He's been protecting us. I can look him in the face and tell him we appreciate that. I live in your district. I appreciate that. You know what's interesting is that this man did the right thing that night." My lawyers praised Kuszynski rather than do what they were suppose to do since they promised to properly represent me: Impeach Kuszynski on his extraordinary

5

amount of inconsistencies. They had 80 opportunities to do so at the trial. It would have been about 150 like at his deposition if it wasn't because Hornewer walked Kuszynski through his testimony like if he was Kuszynski's lawyer and not mine.

The way they handled Kuszynski, who was the only person who stood between us and justice in the form of $9.5 million, from suspiciously dismissing him as a named defendant right before trial to calling him to testify only to walk him right through his testimony to failing to confront him much less impeach him on his 80 inconsistencies to praising him right before deliberations sending the jury off with the impact impression of MY lawyers praising him is inexplicable. My lawyers refuse to give me an explanation. There's no good explanation possible for their actions.

My lawyers didn't just prolong this case which gave them 14 years to prepare for 1 thing, attack just Kuszynski's credibility, but they also were informed by Kuszynski's romantic interest and bar owner that Kuszynski was with her in her bar right before 2:00 a.m. when his partner Officer Hundreiser shot me nearly half a city block away in an alley. Which, if nothing else, should have been further reason for my lawyers to closely examine Kuszynski's inconsistent versions.

Hornewer's praises, including that Kuszynski did the right thing, would mean he belives committing crimes is righteous. For Kuszynski committed mass-perjury on several occassions in the legal phase of this wrongful shooting.

He obstructed justice, made a false report to 911,

aided and abbeted an attempted murder, and gave a false statement (which he later in years contradicted completely), all the night of the actual shooting. Yet instead of presenting said facts to my jury, Hornewer praised Kuszynski and told my jury he did the right things. A series of crimes and all.

My lawyers failed to present the fact Kuszynski had previously testified I was shot at 2:15 a.m., which contradicts his civil trial testimony that I was shot after he made a call to 911 at 2:21 a.m.

My lawyers failed to present the physical evidence that is my blood. It would have easily demonstrated where I was when I was shot and refuted Kuszynski's trial testimony. Which was several times contradicted anyways.

My lawyers failed to simply confront Kuszynski with the fact that up until my civil trial 4 times before did he attest that I turned my body in half-circle and pointed a weapon at Hundreiser. Testimony he contradicted at the civil trial which became that I merely looked over my right shoulder but never at all turned around while raising a gun with my right hand because the bullet's left to right trajectory being indisputable physical evidence proves his 4 previous testimonies are IMPOSSIBLE.

My lawyers failed to present that the scene was altered. Detective Mannion reported to have recovered my coat next to the corner wall, but the photos of the scene capture my coat laying 10 feet away from the wall.

It was intentionally placed away from the wall because the physical evidence along with the wall made their version impossible.

My lawyers failed to call Geraldine Lambert to testify. Amongst her crucial cover-up exposing statements and testimony was that Kuszynski was not at the scene but rather with her at her bar when I was shot. That she called 911 and was just about to request an ambulance since she observed me in the alley face down wounded and unconcious. However, that Kuszynski came from behind her, took the phone away from her and nonchalantly falsly reported that there were 2 men wearing dark hooded sweatshirts on the roof and to send a squad car to investigate. Not only did Kuszynski lie since I was already shot, but police reports that described my clothing prove I had nothing close to a dark hoodie sweatshirt.

Lambert also revealed that Kuszynski told her Hundreiser was only having 1 Old Style beer while at her bar because he already had a 6 pack of beers in the patrol car since "it was a slow night"... while on duty.

Lambert's revelation about the 6pack in the patrol car would have answered for my jury why Hundreiser's fellow officers of Belmont district waited 5 hours and fed him pizza and donuts before finally giving him a Breathalyzer and Field Sobriety Tests.

Lambert's deposition testimony that Hundreiser and Kuszynski told her Hundreiser disliked Latinos and called

us the troublemakers of the country would have answered for my jury why he unjustly shot me, a Hispanic, in my back. Along with the fact that he was intoxicated.

Lambert's testimony that Kuszynski was romantically pursuing her, they had a lunch date, he'd help her close her bar, he'd walk her to her car, and he and Hundreiser were her friends for about a year prior to the shooting would have proved to my jury she had no reason to lie.

In fact, Kuszynski conceded about some of Lamberts testimony such as the lunch date. Furthermore, on November, 6, 97 he even testified she served them at least 5 beers FREE. Which proves they had a great relationship for a buisness woman to give them free beers.

The City of Chicago called just 3 witnesses to testify. An expert on police shootings, the lead detective, Mannion, and retired Sgt. Cosgrove who gave Hundreiser the field Sobriety test 5 hours after the fact.

My lawyers failed to impeach Sgt. Cosgrove and Kuszynski's testimonies. As Sgt. Cosgrove testified that he observed Hundreiser walking around the El Gato Negro Bar at 2:45 a.m. following the shooting where all the officers congregated. However, Kuszynski testified in his deposition that at 2:00 a.m, then realizing he had just testified the shooting took place at 2:21 changed it to be that at 2:45 a.m both he and Hundreiser were at the Belmont police station. My lawyers failed to present Hundreiser couldn't be at both places

My lawyers instructed me to lie during my testimony. The following is evidence lieing is natural to them

My lawyers went before Judge Chiola, (the trial judge) post-trial and lied to him stating I wrote them a letter firing them. When in fact they wrote me a letter stating they didn't want to represent me in a post-trial motion and appeal. They drafted a letter and asked me to sign it. Then went before Judge Chiola and lied. I have the proof.

Based on my lawyers actions described in this statement of facts along with the fact that the defendants of my lawsuit somehow knew NOT to make a decent settlement offer even though they had all of this evidence against them including having to rely on beyond extraordinary perjured testimony from their only so-called eye witness, Officer Kuszynski, I belive the evidence will prove my former lawyers Jill M. Webb, Charles Hornewer and the Phillips Law Offices cut a deal of their own behind my back (like they dropped Kuszynski from the lawsuit on the eve of trial, also behind my back), in exchange for not impeaching Kuszynski and for throwing my case.

The defendants lawyer City Counsel Nicole Roti told my jury the lie that Kuszynski has always told 1 consistent story in this matter, solely what he witnessed, and that he has credibility not just because he's consistent but because he had no interest

in this matter. That he was merely an eye witness to the shooting. (My lawyers even allowed the defendants lawyers to tell tall tales)
That was their ONLY defense. And their ONLY strategy was mass-perjury. That's how they escaped culpability.
That of which was their only defense was only made possible because my lawyers evidently worked out a deal of their own behind my back. Otherwise any lawyer wouldn't of dismissed Officer Kuszynski out of no where and without informing their client after 14 years practically on the eve of trial.
But more than anything, any lawyer would have loved to be in my incompetent lawyers position where they could have impeached practically every answer that came out of the ONLY so-called eye witness / Chicago criminal cop who was the only person who stood between a multi-million dollar verdict (my lawyers allowed my jury to be deceived).
Not only had I been acquitted of the planted gun (though my lawsuit's jury were not allowed to know of said fact that was the result of the November 6, 97 criminal trial), but my jury were informed that my fingerprints were NOT on it, nor were their even any imprints on it. It was clearly a drop gun. The only person who testified I had a gun was Kuszynski who testified to EIGHTY inconsistencies.
In my appeal of the trial for the justice my lawyers robbed me of, Corporation Counsel Mora S. Georges

stated my appeal issues are for a private malpractice lawsuit, not an appeal.

The decision of my complaint to the Illinois Bar Association (if I'm not mistaken that's to whom I filed a complaint with) was that my matter is a private malpractice lawsuit against Webb and Hornewer. For said complaint, my lawyers didn't even speak up for themselves. Instead they hired attorney George Spellmire to speak for them. And the majority of his defense for my lawyers were lies. Furthermore, he ignored my charge that they allowed Kurzynski to get away with mass perjury which resulted in justice itself being snubbed on January 13, 2009.

I pray I'm able to bring this matter before a jury so if nothing else, Jill M. Webb, Charles Hornewer, and the Phillips Law Offices don't cause others to also be robbed of justice because they clearly cater to their clients/defendants.

I would have seeked justice against them sooner but I was waiting for the ruling by the Appellate Court on my appeal. I'd still wish to wait on it since it's still pending, but I'm totally unaware of the deadline/time frame/statue of limitation to file a legal malpractice lawsuit. I certainly would be distraught if I fail to bring this matter to justice due to missing a deadline. Thank you for your time and consideration.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I pray for this Honorable court to grant me the opportunity to present my legal malpractice claim before a jury. My family and I had but 1 chance to get justice for the wrongful shooting on 1/13/09. Officer Kuczynski's act of mass-perjury along with the physical evidence and the fact I was acquitted of possessing a gun in a criminal trial all proves I was unjustly shot. But Jill Webb and Charles Hornewer robbed us from our one chance of getting justice. I hope to hold them accountable for possibly striking a deal for themselves behind my back. One thing is for sure, they were incompetent.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO


CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __January__, 20_11_

__Raul Chavez__
(Signature of plaintiff or plaintiffs)

__Raul Chavez__
(Print name)

__R. 01622__
(I.D. Number)

__711 Kaskasia__

__P.O. Box 711__

__Menard Il. 62259__
(Address)

6

Revised 9/2007

IN THE
_United States District Court_
_Northern District of Illinois_

_Raul Chavez_
Plaintiff,

v.                                                    ) Case No. _____

_Jill M. Webb, Charles Hornewer, Phillips_
_Law Offices_
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: _Michael W. Dobbins_        TO: _____
_Clerk for the US District Court_     _____
_Northern District of Illinois_       _____
_____              _____

TO: _____          TO: _____
_____              _____
_____              _____
_____              _____

PLEASE TAKE NOTICE that on _January 12_, 20_11_, I have placed the documents listed below in the institutional mail at _Menard_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _Note: After requesting the law library assistance of Menard for over a month to ensure I filed well before the 2 years from 1/13/09, my requests weren't met until 1/10/11 when I was finally provided the forms necessary to do so. Further, it wasn't until today 1/12/11 when they made the copies needed._

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _January 12, 11_

/s/ _Raul Chavez_
NAME: _Raul Chavez_
IDOC#: _R01622_
_Menard_ Correctional Center
P.O. BOX _711_
_Menard_, IL _62259_

Revised July 2004

IN THE
_____
_____

Raul Chavez
Plaintiff,                               )
                                         )
v.                                       )  Case No. _____
                                         )
Jill M. Webb, Charles Herneker,          )
Defendant Phillips Law Offices           )

## PROOF/CERTIFICATE OF SERVICE

TO: _____         TO: _____
    _____             _____
    _____             _____
    _____             _____

TO: _____         TO: _____
    _____             _____
    _____             _____
    _____             _____

PLEASE TAKE NOTICE that on January 12, 20 11, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Note: For over a month I requested the Menard law library's assistance. It wasn't until 1/10/11 that they finally provided me the forms needed to file. It wasn't until 1/12/11 earlier today that they made copies. Otherwise, I'd have filed a month before the 2 years from 1/13/09.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: January 12, 11

/s/ Raul Chavez
NAME: Raul Chavez
IDOC#: R-61633
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

Revised July 2004

Jan 10, 2011   1:46 PM

IN THE
_____
_____

Raul Chavez )
Plaintiff, )
 )
v. )  Case No. _____
 )
Jill M. Webb, Charles Hornmer )
Defendant Phillipe Law Offices )
_____

## PROOF/CERTIFICATE OF SERVICE

TO: _____  TO: _____
_____  _____
_____  _____
_____  _____

TO: _____  TO: _____
_____  _____
_____  _____
_____  _____

PLEASE TAKE NOTICE that on __January, 12__, 20_11_, I have placed the documents listed below in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Note: For over a month I requested Menard's law library assistance, I wanted to file well before the 2 years from 1/13/09. However not until 1/10/11 was I finally provided the necessary forms, and not until today 1/12/11 did they make the copies

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: __January 19, 11__

/s/ __Raul Chavez__
NAME: __Raul Chavez__
IDOC#: __R-01622__
__Menard__ Correctional Center
P.O. BOX __711__
__Menard__, IL __62259__

Revised July 2004

Jan 10, 2011  1:46 PM